DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SUZETTE P. ACOSTA,

Appellant,

v.

LEONARD SMITH,

Appellee.

No. 2D2025-0998

————————————————

January 14, 2026

Appeal from the Circuit Court for Hillsborough County; Micheal J. Hooi, Judge.

Suzette P. Acosta, pro se.

Leonard Smith, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.